THE STATE OF OHIO, APPELLEE, *v.* BRADY, APPELLANT.

[Cite as *State v. Brady* (1994), 70 Ohio St.3d 641.]

(No. 94–1206—Submitted August 17, 1994—Decided November 9, 1994.)

*Lynn C. Slaby,* Summit County Prosecuting Attorney, and *Philip D. Bogda-noff,* Assistant Prosecuting Attorney, for appellee.

*Harold Brady, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.